JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 919 -- In re Air Crash Disaster at Ramstein Air Base, Germany, on August 29, 1990

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/15 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- filed by deft. Lockheed Corporation for transfer of actions -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: W.D. Texas -- SUGGESTED TRANSFEREE JUDGE: Hon. Edward C. Prado (ds) |
| 92/01/23 | 2 | WITHDRAWAL OF PROPOSED ORDER -- filed by movant Lockheed Corporation (ds) |
| 92/01/24 |   | APPEARANCES -- JAMES T. CROUSE, ESQ. for Olga Perez, etc., et al.; ADDISON J. MEYERS, ESQ. for Judy Gordon, etc., Elvira Herrera, etc., Susan Jean Price, etc., Sulema R. Villarreal, etc., Sylvia Garza, etc. and Deborah Cleyman, etc.; RON A. SPRAGUE, ESQ. for Lockheed Corp. and JACK O'NEILL, ESQ. for General Electric Co. (ds) |
| 92/02/04 | 3 | RESPONSE -- General Electric Company to Pldg. #1 w/brief and cert. of svc. (bas) |
| 92/02/04 | 4 | RESPONSE -- Intervenor's, Heirs of T/SGT Daniel G. Perez -- w/cert. of svc. (bas) |
| 92/02/12 | 5 | REPLY -- filed by movant Lockheed Corp. w/cert. of svc. (bas) |
| 92/02/20 |   | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/03/02 |   | APPEARANCE -- JACK PAUL LEON, ESQ. for Olga Perez, individually, and as representative of the Estate of Techinical Sergeant Daniel G. Perez (bas) |
| 92/03/27 |   | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- RON A. SPRAGUE, ESQ. for Lockheed Corp. and JACK O'NEILL, ESQ. for General Electric Co. (ds) |
| 92/03/27 |   | WAIVERS OF ORAL ARGUMENT -- Tech. Sergeant Perez; Sylvia Garza, Judy Gordon, Deborah Cleyman, Sulema Villarreal, Elvira Herrera and Susan J. Price (ds) |

JPML FORM 1A

p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 919 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/06/04 | 6 | CONSENT OF TRANSFEREE COURT -- for Judge Charles Schwartz (sitting by designation) to handle litigation pursuant to 28 U.S.C. Section 1407 in W.D. Tex. -- (bas) |
| 92/06/04 | | TRANSFER ORDER -- transferring A-2 thru A-6 to W.D. Tex. for pretrial proceeding to Judge Charles Schwartz (sitting by designation) -- bas) |
| 92/06/17 | 7 | DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN HIS CIRCUIT -- (Litigation Reassigning to Judge George Arceneaux, Jr. in E.D. Louisiana) -- Signed by Chief Judge Henry A. Politz in the 5th Circuit - Dated 6/11/92 (rh) |
| 92/06/17 | | ORDER REASSIGNING LITIGATION -- To Judge George Arceneaux, Jr. from the Eastern District of Louisiana sitting by designation in the W.D. Texas pursuant to Section 292(b) -- Notified involved counsel, judges and clerk (rh) |
| 92/11/04 | 8 | MOTION TO TRANSFER -- Filed by Pltf. Barbara J. Knutson, etc. for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: W.D. Texas - SUGGESTED TRANSFEREE JUDGE: Hon. George Arceneaux, Jr. -- (Strike Order on file) (lg) |
| 92/11/04 | | ORDER STRIKING PLEADING -- (re: pldg.#8) Barbara Knutson, etc. v. Lockheed Corp., et al., W.D. Texas, C.A. No. SA92-CA-0870 - (Insufficient number of copies, service of motion in affected district courts not complete, supporting brief not included, no schedule included) - Notified involved counsel (lg) |
| 93/04/28 | 9 | DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN HIS CIRCUIT -- (Litigation reassigned to Judge Morey L. Sear, Chief Judge, E.D. Louisiana) -- Signed by Chief Judge Henry A. Politz in the 5th Circuit - Dated 4/20/93 (lg) |
| 93/04/28 | | ORDER REASSIGNING LITIGATION -- To Judge Morey L. Sear of the Eastern District of Louisiana sitting by designation in the W.D. Texas puruant to Section 292(b) -- Notified involved counsel, judges and clerk (lg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 919 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT RAMSTEIN AIR BASE, GERMANY, ON AUGUST 29, 1990

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 27, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 4, 1992 | TO | Unpublished | W.D. Texas | ~~Hon. Charles Schwartz~~ ~~Hon. George Arceneaux, Jr.~~ Hon. Morey L. Sear, | ~~E.D. Louisiana~~ ~~E.D. Louisiana~~ E.D. Louisiana |

Special Transferee Information

DATE CLOSED:

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 919 -- In re Air Crash Disaster at Ramstein Air Base, Germany, on August 29, 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Olga Perez, etc., et al. v. Lockheed Corp., et al. | Tex.,W. Prado | SA91-CA-0632 | | | | |
| A-2 | Judy Gordon, etc. v. Lockheed Corp., et al. | Fla.,S. Marcus | 91-2041 | 6-4-92 | 92-588 | | |
| A-3 | Elvira Herrera, etc. v. Lockheed Corp., et al. | Fla.,S. Marcus | 91-2042 | 6-4-92 | 92-589 | | |
| A-4 | Susan Jean Price, etc. v. Lockheed Corp., et al. | Fla.,S. Marcus | 91-2043 | 6-4-92 | 92-590 | | |
| A-5 | Sulema R. Villarreal, etc. v. Lockheed Corp., et al. | Fla.,S. Marcus | 91-2044 | 6-4-92 | 92-591 | | |
| A-6 | Sylvia Garza, etc. v. Lockheed Corp., et al. | Fla.,S. Marcus | 91-2045 | 6-4-92 | 92-592 | | |
| A-7 | Deborah Cleyman, etc. v. Lockheed Corp., et al. | Fla.,S. Marcus | 91-2332 | 6-4-92 | 92-593 | | |
| XYZ-8 | Sept. 92 6+5/1xyz/7 pending  Barbara Knutson, etc. v. Lockheed Corp., et al.  Sept 1993 1xyz/8 pending | Tex.,W. Arceneaux Sears (LAS) | SA92-CA-0870 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 919 -- In re Air Crash Disaster at Ramstein Air Base, Germany, on August 29, 1990

===================================================================

OLGA PEREZ, ETC., ET AL. (A-1)
James T. Crouse, Esq.
Speiser, Krause, Madole &
  Mendelsohn, Mata
300 Convent, Suite 2600
San Antonio, TX  78205-3796

INTERVENOR'S HEIRS OF T/SGT
  DANIEL G. PEREZ
Jack Paul Leon, Esq.
500 Lexington Avenue
San Antonio, TX  78215

JUDY GORDON, ETC. (A-2)
ELVIRA HERRERA, ETC. (A-3)
SUSAN JEAN PRICE, ETC. (A-4)
SULEMA R. VILLARREAL, ETC. (A-5)
SYLVIA GARZA, ETC. (A-6)
DEBORAH CLEYMAN, ETC. (A-7)

William L. Petros, Esq.
Anderson, Moss, Parks & Sherouse
Suite 2500, New World Tower
100 North Biscayne Boulevard
Miami, FL  33132

LOCKHEED CORPORATION
Ron A. Sprague, Esq.
Coatney, Sprague & Wachsmuth
9311 San Pedro, Suite 1200
San Antonio, TX  78216-4460

GENERAL ELECTRIC COMPANY
Jack O'Neill, Esq.
Porter & Clements
700 Louisiana Street
Suite 3500
Houston, TX  77002-2730