JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN - 4 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 919

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AIR DISASTER AT RAMSTEIN AIR BASE, GERMANY, ON AUGUST 29, 1990*

*BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR.,\* AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

## TRANSFER ORDER

This litigation presently consists of seven actions pending in the following federal districts: six actions in the Southern District of Florida; and one action in the Western District of Texas. Before the Panel is a motion by Lockheed Corporation to centralize all actions for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 in the Western District of Texas. Defendant General Electric Company joins in the motion. The plaintiff/intervenors of one decedent in the Texas action and the plaintiff in one Florida action state that they do not take any position on this motion.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Western District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact concerning the cause or causes of this August 1990 air crash. Centralization under Section 1407 is desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Western District of Texas is the appropriate transferee forum for this docket. We note that most of the plaintiffs are residents of Texas and that many relevant documents and witnesses can likely be found there at Kelly Air Force Base, where the accident aircraft was modified and maintained.

---

\* Judge Merhige took no part in the decision of this matter.

SCHEDULE A

MDL-919 -- IN RE AIR DISASTER AT RAMSTEIN AIR BASE, GERMANY, ON AUGUST 29, 1990

### Southern District of Florida

*Judy Gordon, etc. v. Lockheed Corp., et al.*, C.A. No. 91-2041
*Elvira Herrera, etc. v. Lockheed Corp., et al.*, C.A. No. 91-2042
*Susan Jean Price, etc. v. Lockheed Corp., et al.*, C.A. No. 91-2043
*Sulema R. Villarreal, etc. v. Lockheed Corp., et al.*, C.A. No. 91-2044
*Sylvia Garza, etc. v. Lockheed Corp., et al.*, C.A. No. 91-2045
*Deborah Cleyman, etc. v. Lockheed Corp., et al.*, C.A. No. 91-2332

### Western District of Texas

*Olga Perez, etc., et al. v. Lockheed Corp., et al.*, C.A. No. SA91-CA-0632

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 919

JUN 17 92

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE AIR DISASTER AT RAMSTEIN AIR BASE, GERMANY, ON AUGUST 29, 1990

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable George Arceneaux, Jr., from the Eastern District of Louisiana sitting by designation in the Western District of Texas, pursuant to the provisions of section 292(b) of Title 28 of the United States Code.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable George Arceneaux, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S. C. §1407.

FOR THE PANEL:

_____
John F. Nangle
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 28 1993

PATRICIA D. HOWARD

DOCKET NO. 919

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER AT RAMSTEIN AIR BASE, GERMANY, ON AUGUST 29, 1990

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Morey L. Sear pursuant to the provisions of Title 28, United States Code, Section 292(b), and in accordance with the Local Rules for the United States District Court for the Western District of Texas,

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Morey L. Sear for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

_John F. Nangle_
John F. Nangle
Chairman